1  ADRIENNE C. PUBLICOVER (SBN 161432)
   CHARAN M. HIGBEE (SBN 148293)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  650 California Street, 14th Floor
   San Francisco, California 94108-2718
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendant
6  **KIMBALL IGLEHEART**

7                  UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9  ZIAD SHUMAN, an individual,        ) Case No.: C05 3644 PJH
                                       )
10           Plaintiff,                 ) **STIPULATION TO CONTINUE**
                                       ) **HEARING DATE ON DEFENDANT**
11      v.                              ) **KIMBALL IGLEHEART'S MOTION TO**
                                       ) **DISMISS PURSUANT TO FEDERAL**
12 AMERICAN HOME ASSURANCE              ) **RULE OF CIVIL PROCEDURE 12(b)(6);**
   COMPANY, KIMBALL IGLEHEART,         ) **AND ORDER THEREON**
13 an individual, and DOES 1 through 50, )
                                       )
14           Defendants.                ) Previous Hearing Date : Nov. 2, 2005
                                       ) Stipulated Hearing Date: Nov. 23, 2005
15                                      ) Time                   : 9:00 a.m.
                                       ) Department             : Courtroom 3
16                                      ) Floor                  : 17
                                       ) Before Honorable Phyllis J. Hamilton
17                                      )

18      IT IS HEREBY STIPULATED by and between the parties to this action, through their

19 attorneys of record, as follows:

20      1. The hearing date for Defendant Kimball Igleheart's Motion to Dismiss Pursuant to

21 Federal Rule of Civil Procedure 12(b)(6) may be continued from November 2, 2005 at 9:00 a.m.

22 in Courtroom 3 of this Court to November 23, 2005 at 9:00 a.m. in Courtroom 3 of this Court.

23      2. The parties agree to continue the hearing date for defendant Igleheart's Motion to

24 Dismiss to the subsequent date of November 23, 2005, and good cause exists for such a

25 continuance, because plaintiff Ziad Shuman has noticed a Motion to Remand to State Court for

26 hearing on November 23, 2005 at 9:00 a.m. in this matter. Consolidating the hearings on these

27 ─────────────────────────────────
                              1
28 **STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT KIMBALL IGLEHEART'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6); AND ORDER THEREON**

two motions will be more convenient to the parties and for the Court. Further, issues raised in the Motion to Remand to State Court are related to issues raised by defendant Igleheart's Motion to Dismiss.

3. The continuance of the hearing date on defendant Igleheart's Motion to Dismiss is authorized under Civil Local Rule 7.7(b). Plaintiff filed his Opposition to the Motion to Dismiss on October 12, 2005. The parties affected by the Motion to Dismiss have not previously stipulated to continue the hearing date on the Motion to Dismiss and the hearing date on the Motion to Dismiss was not specially set by the Court.

4. The continuance of the hearing date on defendant Igleheart's Motion to Dismiss is authorized under Civil Local Rule 6.1. The continuance of the hearing date will not alter the date of any event or deadline already fixed by Court order.

5. Plaintiff will have the option to submit an additional Opposition brief to Defendant Kimball Igleheart's Motion to Dismiss, due 21 days prior to the continued hearing date, on November 2, 2005.

6. Defendant Igleheart's Reply Brief in support of the Motion to Dismiss will be due 14 days before the continued hearing date, on November 9, 2005.

The parties respectfully request that the Court enter an Order to this effect.

Dated:  October 13, 2005                         WILSON, ELSER, MOSKOWITZ,
                                                 EDELMAN & DICKER LLP


                                                 By: _____/s/ Charan M. Higbee_____
                                                     Adrienne C. Publicover
                                                     Charan M. Higbee
                                                     Attorneys for Defendant
                                                     KIMBALL IGLEHEART

2
STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT KIMBALL IGLEHEART'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6); AND ORDER THEREON

USDC NDCA Case No. C05-3644 PJH
178917.1

| | | |
|---|---|---|
| 1 | Dated: October 13, 2005 | LAW OFFICES OF PATRICK E. CATALANO |
| 2 | | |
| 3 | | By: /s/ Jannik P. Catalano |
| 4 | | Jannik P. Catalano<br>Attorneys for Plaintiff |
| 5 | | ZIAD SHUMAN |
| 6 | Dated: October 13, 2005 | CONNELLY SHEEHAN HARRIS |
| 7 | | |
| 8 | | By: /s/ Kyle Kickhaefer |
| 9 | | Kyle Kickhaefer<br>Attorneys for Defendant |
| 10 | | AMERICAN HOME ASSURANCE<br>COMPANY |

## ORDER

Pursuant to the parties' agreement set forth above, it is hereby ordered as follows:

1. The hearing on defendant Kimball Igleheart's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) shall be continued to November 23, 2005 at 9:00 a.m. in Courtroom 3 of this Court.

2. Plaintiff will have the option to submit an additional Opposition Brief to Defendant Kimball Igleheart's Motion to Dismiss no later than twenty-one (21) days before the continued hearing date.

3. Defendant Kimball Igleheart's Reply Brief in support of the Motion to Dismiss shall be filed no later than fourteen (14) days before the continued hearing date.

Dated: 10/20/05

_____
PHYLLIS J. HAMILTON, JUDGE
UNITED STATES DISTRICT COURT

---

3
**STIPULATION TO CONTINUE HEARING DATE ON DEFENDANT KIMBALL IGLEHEART'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6); AND ORDER THEREON**

USDC NDCA Case No. C05-3644 PJH
178917.1